NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

GPS INDUSTRIES, INC. AND OPTIMAL I.P. HOLDINGS, L.P.,
*Plaintiffs-Appellants,*

v.

ALTEX CORPORATION, DECA INTERNATIONAL CORP., GOLFLOGIX, INC., AND L1 TECHNOLOGIES, INC.,
*Defendants-Appellees,*

and

GPS GOLF PRO, LLC, KARRIER COMMUNICATIONS, GPS TECHNOLOGIES, INC., LINKS POINT, INC., AND TEE2GREEN TECHNOLOGIES, PTY LTD.,
*Defendants,*

and

SKYHAWKE TECHNOLOGIES, LLC,
*Defendant-Appellee.*

---

2009-1535

---

Appeal from the United States District Court for the Northern District of Texas in case no. 3:07-CV-0831, Judge Ed Kinkeade.

---

Before DYK, *Circuit Judge.*

## ORDER

GPS Industries, Inc. and Optimal I.P. Holdings, L.P. (GPS) and Altex Corporation et al. (Altex) each respond to the court's order directing them to respond whether this appeal should be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) GPS is directed to file a supplemental brief of no more than ten pages, within 14 days of the date of this order, addressing the impact on this court's jurisdiction over this appeal of (a) the transfers reflected on the Patent Assignment Abstract of Title for Patent No. 5,364,093, and (b) the October 2, 2009 order of the United States Bankruptcy Court for the Middle District of Florida in *In re GPS Indus., Inc.*, No. 8:09-BK-16766. Altex and Sky-Hawke Technologies, LLC each may file a supplemental brief of no more than ten pages within 14 days of the date of service of GPS's supplemental brief.

FOR THE COURT

JAN 04 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alfonso Garcia Chan, Esq.
John L. Hendricks, Esq.
Arthur I. Neustadt, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 04 2011

JAN HORBALY
CLERK